# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0885
Lower Tribunal No. 22-2023-CC-000147-CC-AXMX

_____

LUIS BAEZ,

Appellant,

v.

WANDA OGLETREE,

Appellee.

_____

Appeal from the County Court for Glades County.
Jack Lundy, Judge.

June 23, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and BROWNLEE, JJ., concur.


Luis Baez, Miami, pro se.

Kevin Drummond, of Blue Line Law Firm, PLLC, West Palm Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED